1  KEKER & VAN NEST LLP
   JOHN W. KEKER - #49092
2  CODY S. HARRIS - #255302
   710 Sansome Street
3  San Francisco, CA  94111-1704
   Telephone: (415) 391-5400
4  Facsimile: (415) 397-7188

5

   Attorneys for Defendant
6  PATRICK GALVANI

7

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11
   ALISON GALVANI,                        Case No. CV 11-02062 PJH
12                                        [Removed from San Mateo Superior Court.
                         Plaintiff,       Case No. CIV 501711]
13
        v.                                **STIPULATED REQUEST FOR ORDER**
14                                        **SHORTENING TIME PURSUANT TO**
   PATRICK GALVANI and DOES 1 to 50,      **CIVIL L.R. 6-2**
15 inclusive,                                AND ORDER FOR RESPONSE

16                       Defendants.
                                          Date:     TBA
17                                        Time:     TBA
                                          Dept:     3
18                                        Judge:    Hon. Phyllis J. Hamilton

19                                        Date Comp. Filed:    December 21, 2010

20                                        Trial Date:

21

22

23

24

25

26

27

28

562811.02   STIPULATED REQUEST FOR ORDER SHORTENING TIME PURSUANT TO CIVIL L.R. 6-2
                            CASE NO.  CV 11-02062 PJH

1    Pursuant to N.D. Cal. Civil L.R. 6-2 and the accompanying declaration of Cody S. Harris,
2 Plaintiff Alison Galvani ("Plaintiff") and Defendant Patrick Galvani ("Defendant") hereby
3 stipulate as follows:
4    WHEREAS, Defendant removed the above-captioned case to this Court on April 27,
5 2011 [Dkt. #1];
6    WHEREAS, Plaintiff filed a Notice of Motion and Motion to Remand on May 23, 2011
7 [Dkt. #15];
8    WHEREAS, Defendant filed his Opposition to the Motion to Remand on June 8, 2011
9 [Dkt. #17];
10    WHEREAS, any reply to Defendant's Opposition was due to be filed on June 15, 2011,
11 pursuant to N.D. Cal. Civil Local Rule 7-3 (Sept. 2010);
12    WHEREAS, Plaintiff filed her "Reply to Motion to Remand" on June 22, 2011;
13    WHEREAS, Defendant has filed a Motion to Strike Plaintiff's Reply in Support of
14 Motion to Remand on the grounds that it was filed beyond the deadline set by N.D. Cal. Civil
15 L.R. 7-3;
16    WHEREAS, the next available hearing date for Defendant's Motion to Strike is August
17 3, 2011;
18    WHEREAS, Plaintiff's Motion to Remand is currently set for hearing on June 29, 2011;
19    WHEREAS, Defendant will face significant prejudice if his Motion to Strike is not heard
20 until August 3, 2011—more than a month after the Court has heard the underlying Motion to
21 Remand to which the Motion to Strike relates;
22    WHEREAS the parties, through their undersigned counsel who are authorized to enter
23 into this stipulation on their behalf, have agreed that, in the interests of efficiency and judicial
24 economy, Defendant's Motion to Strike should be heard along with Plaintiff's Motion to
25 Remand during the June 29, 2011 hearing;
26    WHEREAS, the parties do not anticipate that the proposed continuance will materially
27 affect the case schedule; and
28

1

1    WHEREAS, pursuant to General Order No. 45 section 10(b), Cody S. Harris, the filer of
2 this stipulation, hereby attests that Patrick K. Tillman concurs in the filing of this stipulation,[1]
3    NOW THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE, through
4 their respective counsel of record, that Defendant's Motion to Strike shall be heard on June 29,
5 2011, concurrently with the currently-scheduled hearing on Plaintiff's Motion to Remand.

Dated: June 24, 2011                             LAW OFFICE OF PATRICK K. TILLMAN


                                                 By: /s/ Patrick K. Tillman
                                                     PATRICK K. TILLMAN
                                                     Attorneys for Plaintiff
                                                     ALISON GALVANI


Dated: June 24, 2011                             KEKER & VAN NEST LLP



                                                 By: /s/ Cody S. Harris
                                                     JOHN W. KEKER
                                                     CODY S. HARRIS
                                                     Attorneys for Defendant
                                                     PATRICK GALVANI


**PURSUANT TO STIPULATION, IT IS SO ORDERED.** PLAINTIFF SHALL FILE A RESPONSE TO THE MOTION TO STRIKE BY 6/28/11 12:00 NOON.

Dated: 6/27/11                                   _____
                                                 HON. PHYLLIS J. HAMILTON
                                                 UNITED STATES DISTRICT JUDGE

---

[1] Although Defendant was unable to discuss the precice language of this stipulation with Plaintiff's counsel before filing, Plaintiff's counsel did consent to the substance of the stipulation.

**ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to General Order NO. 45, Section X.B. regarding non-filing signatories, I hereby attest that all counsel listed above have concurred in the filing of this joint stipulation.

Dated:  June 24, 2011

                                              __/s/*Cody S. Harris*___
                                                          CODY S. HARRIS